ACCEPTED
01-14-00849-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 4:24:57 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00849-CR

IN THE COURT OF APPEALS OF THE STATE OF TEXAS

FIRST JUDICIAL DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 4:24:57 PM
CHRISTOPHER A. PRINE
Clerk

Alicia Correa

v.

The State of Texas

<u>Appellant's Motion To Extend Time to File Record</u>

TO THE HONORABLE JUDGES OF SAID COURT OF APPEALS:

Comes now, Alicia Correa, Appellant in the above-numbered and styled case, by and through her attorney of record, Tom Zakes, and files this her Motion To Extend Time to File Record, and in support hereof would show the Court as follows:

I.

The Record was due to be filed on December 5, 2014.

II.

This is the first motion to extend time to file Record.

III.

Counsel has delivered a trust account check today to the court reporter to pay for the record to be prepared.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court that the deadline to file the Record be extended until March 5, 2015.

Respectfully submitted,

/s/Tom Zakes_____
Tom Zakes
Attorney for Appellant
1217 Prairie, Suite 206
Houston, Texas 77002
TBN 22243420
(713) 228-2827
(713) 247-9100 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2015, a true and correct copy of the foregoing motion was served on the District Attorney of Harris County, Texas, who is the representative of the State of Texas in this case.

/s/Tom Zakes_____
Tom Zakes
